No. 91–1571. Massachusetts et al. v. Franklin, Secretary of Commerce, et al. Cross-appeal from D. C. Mass. dismissed.

No. 90–1473. Kotler, Individually and as Administratrix of the Estate of Kotler v. American Tobacco Co. et al. C. A. 1st Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Cipollone v. Liggett Group, Inc.,* ante, p. 504.

No. 90–1837. Papas et ux. v. Zoecon Corp. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Cipollone* v. *Liggett Group, Inc.,* ante, p. 504.

No. 91–310. Jones et al. v. Clear Creek Independent School District. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lee* v. *Weisman,* ante, p. 577.

No. 91–1646. Antares Aircraft L. P. v. Federal Republic of Nigeria et al. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Republic of Argentina* v. *Weltover, Inc.,* 504 U. S. 607 (1992).

No. 91–5450. Hitchcock v. Florida. Sup. Ct. Fla. Petition for rehearing granted, and order entered October 15, 1991 [502 U. S. 912], denying petition for writ of certiorari vacated. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Espinosa* v. *Florida,* ante, p. 1079. Justice Thomas took no part in the consideration or decision of this case.